**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MARK CANTOR,

: No. 482 EAL 2014
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (COACTIV CAPITAL :
PARTNERS), :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.